**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GHEORGHE CROITORU,

          Petitioner,

Case Number: 2:08-CV-14282

HON. AVERN COHN

v.

MICHAEL MUKASY, et. al.,

          Respondents.

_____/

**ORDER TRANSFERRING PETITION FOR WRIT OF**
**HABEAS CORPUS TO THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

    Petitioner, Gheorge Croitoru, currently confined at Moshannon Valley Correctional Institution in Philipsburgh, Pennsylvania (Centre County), has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2241. Petitioner claims that he is wrongfully incarcerated for a crime he did not commit, that he is a United States citizen, and is concerned about his immigration status and fearful of deportation.

    District courts are limited to granting habeas relief "within their respective jurisdictions." 28 U.S.C. § 2241(a). The Supreme Court has "interpreted this language to require "nothing more than that the court issuing the writ have jurisdiction over the custodian." Braden v. 30th Judicial Circuit Court of Ky., 410 U.S. 484, 495 (1973) Claims asserted by federal prisoners under 28 U.S.C. § 2241 shall be filed in the court having jurisdiction over the prisoner's custodian. Rumsfeld v. Padilla, 542 U.S. 426, 443 (2004).

Here, Petitioner is incarcerated in Philipsburgh, Pennsylvania in Centre County. Thus, Petitioner's case must be heard in the Court having jurisdiction over Petitioner's custodian, which is the United States District Court for the District for the Middle District of Pennsylvania.

Accordingly, this case is **TRANSFERRED** to the United States District Court for the Middle District of Pennsylvania.

**SO ORDERED**.

        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

Dated: February 6, 2009

I hereby certify that a copy of the foregoing document was mailed to Gheorghe Croitoru and the attorneys of record on this date, February 6, 2009, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160